BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
OCT 17 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2000 MITSUBISHI ECLIPSE BEARING CALIFORNIA LICENSE PLATE 4MHB662 AND VIN # 4A3AC34G6YE063765 | CASE NO. 1: 14 SW 00202 GSA<br><br>[PROPOSED] ORDER SEALING APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2000 MITSUBISHI ECLIPSE BEARING CALIFORNIA LICENSE PLATE 4MHB662 AND VIN # 4A3AC34G6YE063765 |

The United States of America, having applied to this Court for an Order permitting it to file the Application Of The United States Of America For A Warrant Authorizing The Installation And Monitoring Of A Tracking Device In Or On A 2000 MITSUBISHI ECLIPSE BEARING CALIFORNIA LICENSE PLATE 4MHB662 AND VIN # 4A3AC34G6YE063765, Affidavit, and Order and Warrants thereon, together with its Application to Seal, Memorandum of Points and Authorities the accompanying Declaration of Patrick Delahunty, and this Order, under seal, and good cause appearing therefor,

///

///

PROPOSED/ORDER TO SEAL                             1

**IT IS HEREBY ORDERED** that the Application Of The United States Of America For A Warrant Authorizing The Installation And Monitoring Of A Tracking Device In Or On A 2000 MITSUBISHI ECLIPSE BEARING CALIFORNIA LICENSE PLATE 4MHB662 AND VIN # 4A3AC34G6YE063765, Affidavit, and Order and Warrants thereon in the above-entitled proceeding, together with the Application to Seal of the United States Attorney, the accompanying Declaration of Patrick Delahunty, and this Order, shall be filed with the Court in camera, under seal and shall not be disclosed pending further order of this court.

DATED: this 17 day of October 2014

Hon. Gary S. Austin
U.S. Magistrate Judge